IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLAIRE COLON,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 1:17-cv-00775-JFM

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants United States of America and the United States Department of Defense, by and through undersigned counsel, hereby move, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss all claims brought in Counts I, II, and III of the First Amended Complaint (ECF 19). The grounds supporting this Motion are set forth in detail in the accompanying memorandum of law and in the exhibit thereto, which are incorporated by reference herein.

WHEREFORE, the United States of America and the United States Department of Defense respectfully request that the Court dismiss all claims brought in Counts I, II, and III of the First Amended Complaint.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By: _____/ s /_____
    Neil R. White
    Assistant United States Attorney
    United States Courthouse
    6500 Cherrywood Lane, Suite 200
    Greenbelt, MD 20770
    (301) 344-4433
    Counsel for Defendants United States of America
    and the United States Department of Defense

OF COUNSEL:
MAJ Lori E. Lincoln
Litigation Attorney
Department of the Army
Army Legal Services Agency
9275 Gunston Road, 3rd Floor
Fort Belvoir, VA 22060

Charles E. Schaff
Tort Claims Attorney
Department of the Navy
Office of the Judge Advocate General
Tort Claims Unit Norfolk
9620 Maryland Avenue, Suite 205
Norfolk, VA 23511