**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| CLAIRE COLON,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-00775 (JFM) |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant Dr. Steven Berkowitz hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss all claims brought against him in Counts IV, V, and VI of the First Amended Complaint, ECF No. 19. The grounds supporting this Motion are set forth in the accompanying memorandum of law.

WHEREFORE, Dr. Steven Berkowitz respectfully requests that the Court dismiss all claims brought against him in the First Amended Complaint.

Date:   August 14, 2017

*/s/ Jessica Leinwand*
Jessica Leinwand (*Pro Hac Vice*)
Carl Nichols (*Pro Hac Vice*)
Matthew Robinson (*Pro Hac Vice*)
Brent Gurney
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel.: (202) 663-6000
Fax: (202) 663-6363
carl.nichols@wilmerhale.com
jessica.leinwand@wilmerhale.com
matthew.robinson@wilmerhale.com
brent.gurney@wilmerhale.com

## **CERTIFICATE OF SERVICE**

      I certify that on August 14, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

                                                   */s/ Jessica Leinwand*
                                                   Jessica Leinwand