**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| CLAIRE COLON,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 1:17-cv-00775 (JFM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jessica Leinwand hereby withdraws her appearance as counsel for defendant Dr. Steven Berkowitz.  Brent Gurney and the law firm of Wilmer Cutler Pickering Hale and Dorr will continue as Counsel of Record for defendant Dr. Steven Berkowitz.

Respectfully submitted,

  */s/ Brent Gurney*
Brent Gurney (Dist. Ct. Md. #7571)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
Brent.Gurney@wilmerhale.com

Dated:  August 24, 2017

Respectfully submitted,

  */s/ Jessica Leinwand*
Jessica Leinwand (*admitted pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Phone:  (202) 663-6000
Fax: (202) 663-6363
Jessica.Leinwand@wilmerhale.com

## **CERTIFICATE OF SERVICE**

  I certify that on August 24, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

                     */s/ Jessica Leinwand*
                     Jessica Leinwand